IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  4:99CR00048-01-WRW

ABDUL J. AL-SHEIKH

## ORDER

Pending is the Government's Motion to Dismiss Indictment (doc #19). The Motion is GRANTED and the Indictment is dismissed as to defendant, Abdul J. Al-Sheikh. All other pending motions are moot.

IT IS SO ORDERED this 15th day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd